# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Andrew Lancos Jr                                CHAPTER 13
        Carol Ann Lancos
                  Debtor(s)                          BKY. NO. 21-22650 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                     Respectfully submitted,

                           /s/ **Brian C. Nicholas**
                           Brian Nicholas
                           23 Dec 2021, 13:38:21, EST
                           Brian C. Nicholas, Esq. (317240) ☑
                           Maria D. Miksich, Esq. (319383) ☐
                           Denise Carlon, Esq. (317226)     ☐
                           Rebecca A. Solarz, Esq. (315936) ☐
                           KML Law Group, P.C.
                           BNY Mellon Independence Center
                           701 Market Street, Suite 5000
                           Philadelphia, PA 19106
                           412-430-3594
                           bkgroup@kmllawgroup.com