FILED
3/10/22 12:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              :        Case No.:    21-22650-GLT
                                                    :        Chapter:     13
Andrew Lancos, Jr.                                  :
Carol Ann Lancos                                    :
                                                    :        Date:        3/9/2022
           *Debtor(s).*                             :        Time:        10:00

## PROCEEDING MEMO

**MATTER:**     #27 - Objection to Debtor's Claim of Exemptions
                #30 - Response Filed By Debtor

**APPEARANCES**:
            Debtor:     Edgardo D Santillan
            Trustee:    James Warmbrodt

**NOTES:** [10:41 a.m.]

Warmbrodt: The schedules list a 2020 Mercedes titled in Mr. Lancos' name only. The Debtors have improperly combined their exemptions. There is case law that is on point that holds an individual must be an owner to utilize the exemption. Case law includes In re Gorski, 85 B.R. 371 (Bankr. W.D. Pa. 1988) and In re Cohen, 263 BR 724 (Bankr. D.N.J. 2001).

Santillan: The parties are not in divorce proceedings. Mrs. Lancos does not have a legal interest in the property, but we would argue that she does enjoy an equitable interest.

Court: I will take the matter under advisement.

**OUTCOME:**

1. The *Objection to Debtor's Claim of Exemptions* [Dkt. No. 27] is TAKEN UNDER ADVISEMENT. [Chambers to Issue]

**DATED:**  3/9/2022