FILED
6/23/22 4:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 21-22650-GLT |
| | : | |
| **ANDREW LANCOS, JR.** and | : | Chapter 13 |
| **CAROL ANN LANCOS,** | : | |
| | : | |
| *Debtors.* | : | Related to Dkt. No. 1, 26, 27, 30 |
| | : | |

## ORDER

This matter came before the Court upon the *Objection of the Chapter 13 Trustee to Debtors' Claim of Exemptions* [Dkt. No. 27] ("Objection") and the response thereto [Dkt. No. 30] filed by the Debtors Andrew and Carol Lancos. In accordance with the *Memorandum Opinion* of even date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Objection is **SUSTAINED**.

2. The exemptions claimed by Carol Lancos in the 2020 Mercedes Benz GLB 250 are **STRICKEN**.

ENTERED at Pittsburgh, Pennsylvania.

Dated: June 23, 2022

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22650-GLT |
| Andrew Lancos, Jr. | Chapter 13 |
| Carol Ann Lancos | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 23, 2022 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew Lancos, Jr., Carol Ann Lancos, 109 Cristy Drive, Monaca, PA 15061-2526 |
| cr | + | Lakeview Loan Servicing, LLC enote vesting-- Natio, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 15439194 | | AmeriGas-Aliquippa, PO Box 371473, Pittsburgh, PA 15250-7473 |
| 15439196 | + | Clearview FCU, 1453 Beers School Road, P.O. Box 1289, Moon Township, PA 15108-1289 |
| 15439201 | + | Global Payments, PO Box 66118, Chicago, IL 60666-0097 |
| 15439202 | | Heritage Valley Health System, Sewickley Valley Hospital, 720 Blackburn Road, Sewickley, PA 15143-1498 |
| 15439204 | + | KML Law Group, PC, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15439205 | | Lakeview, PO Box 619063, Dallas, TX 75261-9063 |
| 15439210 | + | M & T Bank / Lakeview, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240-0844 |
| 15439211 | + | Peoples Natural Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15439213 | + | Radius Glob al Solutions LLC, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3132 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 23 2022 23:46:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 23 2022 23:36:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15439195 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2022 23:46:03 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15444193 | + | Email/Text: bankruptcy@clearviewfcu.org | Jun 23 2022 23:36:00 | Clearview FCU, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15439197 | | Email/Text: documentfiling@lciinc.com | Jun 23 2022 23:36:00 | Comcast, P.O. Box 173885, Denver, CO 80217-3885 |
| 15439198 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 23 2022 23:36:00 | Comenity Capital Bank/Boscov, Attn: Bankruptcy Dept., PO Box 182125, Columbus, OH 43218-2125 |
| 15439199 | | Email/Text: kburkley@bernsteinlaw.com | Jun 23 2022 23:37:00 | Duquense Light, Payment Processing Center, Pittsburgh, PA 15267-0001 |
| 15455808 | + | Email/Text: jdryer@bernsteinlaw.com | Jun 23 2022 23:36:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15439200 | + | Email/Text: ECMCBKNotices@ecmc.org | Jun 23 2022 23:36:00 | ECMC Group, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 15454640 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 23 2022 23:36:00 | Educational Credit Management Corporation, P.O. |

Case 21-22650-GLT    Doc 39    Filed 06/25/22    Entered 06/26/22 00:25:14    Desc Imaged
                    Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jun 23, 2022 | Form ID: pdf900 | Total Noticed: 40 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Box 16408, St. Paul, MN 551160408 |
| 15439203 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 23 2022 23:36:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15439206 | | Email/Text: ktramble@lendmarkfinancial.com | Jun 23 2022 23:36:00 | Lendmark Financial Services, LLC, 2118 Usher Stret, Covington, GA 30014 |
| 15439207 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2022 23:45:55 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 15441722 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2022 23:45:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15439208 | + | Email/Text: paparalegals@pandf.us | Jun 23 2022 23:37:00 | LVNV Funding, LLC, c/o Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe Center, Ste 205, Canonsburg, PA 15317-8584 |
| 15439209 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2022 23:45:55 | LVNV Funding/Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 15447555 | ^ | MEBN | Jun 23 2022 23:34:50 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15442342 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2022 23:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15439212 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2022 23:45:59 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15453921 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2022 23:46:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15454505 | + | Email/Text: ebnpeoples@grblaw.com | Jun 23 2022 23:36:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15470135 | | Email/Text: bnc-quantum@quantum3group.com | Jun 23 2022 23:36:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15439214 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2022 23:46:00 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15439215 | | Email/Text: clientservices@sourcerm.com | Jun 23 2022 23:36:00 | Source RM, 4615 Dundas Drive, Suite 102, Greensboro, NC 27407 |
| 15439217 | + | Email/Text: bankruptcy@sw-credit.com | Jun 23 2022 23:36:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 15439216 | | Email/Text: bankruptcy@sw-credit.com | Jun 23 2022 23:36:00 | Southwest Credit, 4120 International Pkwy, Suite 11000, Carrollton, TX 75007-1958 |
| 15439700 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2022 23:46:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15439218 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2022 23:46:02 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15439219 | + | Email/Text: bankrupt-adjdept@wesbanco.com | Jun 23 2022 23:36:00 | Wesbanco Bank, Inc., 1 Bank Plaza, Wheeling, WV 26003-3565 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 23, 2022 | Form ID: pdf900 | Total Noticed: 40 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Edgardo D Santillan | on behalf of Debtor Andrew Lancos Jr. ed@santillanlaw.com, edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Edgardo D Santillan | on behalf of Joint Debtor Carol Ann Lancos ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Matthew Fissel | on behalf of Creditor Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper matthew.fissel@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8