UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 21-22650-GLT |
| | ) | |
| ANDREW LANCOS, JR. | ) | |
| CAROL ANN LANCOS | ) | CHAPTER 13 |
| | ) | |
|     DEBTORS | ) | RELATED TO CLAIM NO. 6 |
| | ) | |
| | ) | Document No. |
| LAKEVIEW LOAN SERVICING, LLC | ) | |
| | ) | Related to Document Filed 9/7/22 |
|     MOVANT | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| ANDREW LANCOS, JR. and | ) | |
| CAROL ANN LANCOS, | ) | |
| RONDA J. WINNECOUR, ESQ. TRUSTEE | ) | |
| | ) | |
|     RESPONDENTS | ) | |

**DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE AND CHAPTER 13 PLAN FEASIBLITY**

    The undersigned hereby declares that the Plan dated a December 16, 2021 is adequately funded for the change in the mortgage payment to Lakeview Loan Servicing, LLC to the amount of $733.03 effective with the October 1, 2022 payment without reducing the percentage to Unsecured Creditors or amounts to be paid to other Creditors in the plan.

    Therefore, no amended Plan is necessary and/or objection to the notice is required.

| | |
|---|---|
| September 9, 2022 | /s/ Edgardo D. Santillan |
| | Edgardo D. Santillan, Esquire |
| | PA ID No. 60030 |
| | SANTILLAN LAW, P.C. |
| | 908 22ND St. |
| | Aliquippa, PA 15001 |
| | 724-770-1040 |
| | ed@santillanlaw.com |

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 21-22650-GLT |
| | ) | |
| ANDREW LANCOS, JR. | ) | |
| CAROL ANN LANCOS | ) | CHAPTER 13 |
| | ) | |
|     DEBTORS | ) | RELATED TO CLAIM NO. 6 |
| | ) | |
| | ) | Document No. |
| LAKEVIEW LOAN SERVICING, LLC | ) | |
| | ) | Related to Document Filed 9/7/22 |
|     MOVANT | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| ANDREW LANCOS, JR. and | ) | |
| CAROL ANN LANCOS, | ) | |
| RONDA J. WINNECOUR, ESQ. TRUSTEE | ) | |
| | ) | |
|     RESPONDENTS | ) | |

**CERTIFICATION OF SERVICE**

I, Edgardo D. Santillan, Esquire of SANTILLAN LAW, P.C., 908 22ND St., Aliquippa, PA 15001 certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 9th day of September **I SERVED A COPY OF THE DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE UPON THE FOLLOWING:**

Office of the U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Ave
Pittsburgh, PA 15222

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Mario Hanyon, Esquire
Counsel for Movant
pabkr@brockandscott.com

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON September 9, 2022

/s/ Edgardo D. Santillan
Edgardo D. Santillan, Esquire
PA ID No. 60030
SANTILLAN LAW, P.C.
908 22ND St.
Aliquippa, PA 15001
724-770-1040
ed@santillanlaw.com