# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 21-22650** |
| **Andrew Lancos, Jr.** | : **Chapter 13** |
| **Carol Ann Lancos** | : **Judge Gregory L. Taddonio** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **Lakeview Loan Servicing, LLC** | : **Related Document #** |
| **Movant,** | : |
| | : |
| **No Respondent(s).** | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Lakeview Loan Servicing, LLC, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Alyk L. Oflazian
    Alyk L. Oflazian, Esquire (312912)
    Adam B. Hall (323867)
    Edward H. Cahill (0088985)
    Stephen R. Franks (0075345)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Alyk L. Oflazian.
    Contact email is ALOflazian@manleydeas.com

23-020603_PS

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: :
:
: **Case No.: 21-22650**
**Andrew Lancos, Jr.** : **Chapter 13**
**Carol Ann Lancos** : **Judge Gregory L. Taddonio**
: * * * * * * * * * * * * * * * * * * *
**Debtor(s)** :
:
**Lakeview Loan Servicing, LLC** : **Related Document #**
:
**Movant,** :
:
**No Respondent(s).** :

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 7, 2023.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Edgardo D Santillan, Attorney for Andrew Lancos, Jr. and Carol Ann Lancos, ed@santillanlaw.com

Service by First-Class Mail:
Andrew Lancos, Jr. and Carol Ann Lancos, 109 Cristy Drive, Monaca, PA  15061

EXECUTED ON: August 7, 2023

By: /s/ Alyk L. Oflazian
Signature
Alyk L. Oflazian, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
312912
List Bar I.D. and State of Admission

23-020603_PS